# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

July 16, 2024

**VIA CM/ECF**
Honorable Magistrate Judge Michael A. Hammer
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street – Courtroom MLK 2C
Newark, NJ 07102

      **Re:**    **Torres v. Car Rentals Inc., d/b/a Avis and Budget Rent-A-Car., et al.**
             **Case 2:23-cv-22393-WJM-MAH**

Dear Judge Hammer:

      The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement has been drafted and is being reviewed by the parties and their counsel.  Upon payment of the settlement amount, which will be due after full execution of the settlement agreement, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 60 days of such Order in the event the settlement agreement is not completed and executed within that time period.

      Kindly cancel all upcoming events in this matter.

      Thank you for your cooperation.

      Yours very truly,

      THE WEITZ LAW FIRM, P.A.

By: _/s/ Robert J. Mirel_____
     Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF