UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JULIA TORRES,

        Plaintiff,

vs.

AVIS BUDGET GROUP, INC., a
Delaware corporation, d/b/a AVIS AND
BUDGET RENT-A-CAR, and JOLIE
TOI SALON SPA INC., a New Jersey
corporation, d/b/a JOLIE TOI SALON,
and PRINCE PLAZA INC., a New Jersey
corporation,

        Defendants.
_____/

CASE NO: 2:23-cv-22393-WJM-MAH

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, JULIA TORRES, and Defendants, AVIS BUDGET GROUP, INC., a Delaware corporation, d/b/a AVIS AND BUDGET RENT-A-CAR, and JOLIE TOI SALON SPA INC., a New Jersey corporation, d/b/a JOLIE TOI SALON, and PRINCE PLAZA INC., a New Jersey corporation, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice*, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 6th day of December, 2024.

By: ___/s/ Robert J. Miel/___
Robert J. Miel, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Email: RJM@weitzfirm.com
*Attorney for Plaintiff*

By: ___S/Erica S. Berman___
Erica S. Berman, Esq.
Schenck Price Smith & King, LLP
220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: (973) 539-1000
Email: esb@spsk.com
*Attorney for Defendant,*
*AVIS BUDGET GROUP, INC.*

By: _/S/ Ronald Giller_
Ronald A. Giller, Esq.
Gordon & Rees LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Fax: (973) 377-1911
Email: rgiller@grsm.com
*Attorney for Defendant,*
*PRINCE PLAZA INC.*

SO ORDERED:

_____
William J. Martini, U.S.D.J.

Dated: 1/23/2025